CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 08 2008

JOHN F. CORCORAN, CLERK
BY: S. Jauica
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:05CR00016 |
| | (2255 CASE NO. 5:08CV80099) |
| v. | 2255 FINAL ORDER |
| GREGORY ADAM NEWTON | By: Hon. Glen E. Conrad |
| | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

## ORDERED

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C.

§ 2255, is **DISMISSED** without prejudice as successive, the government's motion to dismiss is

**DISMISSED** as moot, and the case is stricken from the active docket.

ENTER: This 5ᵗʰ day of December, 2008.

_____
United States District Judge