IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
MAR 30 2009
JOHN F. CORCORAN, CLERK
BY: /s/ Bright
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 5:05CR00016 |
| v. | ) |
| | ) **FINAL JUDGMENT AND ORDER** |
| GREGORY ADAM NEWTON, | ) |
| | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons stated in the memorandum opinion entered this day, it is

### ADJUDGED AND ORDERED

that the defendant's "Writ of Error Pursuant to 28 U.S.C. § 1651(a) [i]n [A]id of Court [O]riginal Jurisdiction Pursuant to 18 3231" is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255; **DISMISSED** as successive, pursuant to 28 U.S.C. § 2255(h); and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this judgment and order to the defendant and to counsel of record for the government.

ENTER: This 30th day of March, 2009.

_____
United States District Judge